Form 3A
(10/05)

# United States Bankruptcy Court

District Of _____Illinois_____

In re _DEBRA FINKE_,                              Case No. _D8-11560_
                    Debtor

                                                 Chapter _7_

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.    In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _299_ in installments.

2.    I am unable to pay the filing fee except in installments.

3.    Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.    I propose the following terms for the payment of the Filing Fee.*

$ _299_          Check one ☐        With the filing of the petition, or
                          ☑        On or before _May 30, 2008_

$ _____        on or before _____

$ _____        on or before _____

$ _____        on or before _____

*    The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.    I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY – 7 2008
KENNETH S. GARDNER, CLERK
KENNETH S. GARDNER, CLERK
PS REP. - MBM

_____           _____ 5-7-08
Signature of Attorney        Date      Signature of Debtor        Date
                                       (In a joint case, both spouses must sign.)

_____
Name of Attorney

                                       _____
                                       Signature of Joint Debtor (if any)        Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
_____ District Of _____ Illinois _____

In re Debra Finke _____.
                    Debtor

Case No. 08-11560

Chapter 7

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐      IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐      IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                              ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐      IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: 5-7-2008

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner, Clerk of the Court